

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00645-CR

**EX PARTE DWIGHT BASON**

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. NM392603
Honorable Joey Contreras, Judge Presiding

PER CURIAM

Sitting:      Irene Rios, Justice
               Beth Watkins, Justice
               Liza A. Rodriguez, Justice

Delivered and Filed: January 16, 2019

DISMISSED

While awaiting trial, appellant filed a pre-trial application for writ of habeas corpus, which the trial court denied. Appellant then filed a pro se notice of appeal, and the record was forwarded to this court. The trial court clerk subsequently supplemented the appellate record with the trial court's order dismissing the underlying case. However, no motion to dismiss this appeal has been filed. *See* TEX. R. APP. 42.2(a).

In light of the record before us, we conclude good cause exists to suspend operation of Rule 42.2(a) in this case. *See* TEX. R. APP. 2. Accordingly, this appeal is dismissed.

PER CURIAM

DO NOT PUBLISH